**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LINDA ENDRES GRECO, | Case No. 1-24-44301-ess |
| Debtor. |  |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE THAT** the attorneys listed below hereby appear as counsel for Wendover Funder LLC ("Wendover") in the chapter 11 cases of the above-captioned debtor (the "Debtor"). Under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code section 342, Wendover requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

Matthew R. Brooks
Jessica D. Mikhailevich
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
875 Third Avenue
New York, NY 10022
Email: matthew.brooks@troutman.com
Email: jessica.mikhailevich@troutman.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Wendover or any

303743224v1

other party in interest in these cases, including (a) the Debtor, (b) property of the Debtor or the Debtor's estates, or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of Wendover or others that the Debtor may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Wendover or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Wendover (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 31, 2024    **TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Matthew R. Brooks*
Matthew R. Brooks
Jessica D. Mikhailevich
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Email: matthew.brooks@troutman.com
Email: jessica.mikhailevich@troutman.com

*Counsel to Wendover Funder LLC*

303743224v1