JACOBS P.C.
*Attorneys for Creditor*
*Board of Managers of BE@William Condominium*
717 Fifth Avenue - 26th Floor
New York, NY
212-229-0476
Wayne M. Greenwald, Esq.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
In re:

       **LINDA ENDRES GRECO,**                  Chapter 11
                                                              Case 24-44301-ess

                        **Debtor.**

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Jacobs P.C. hereby appears on behalf of creditor Board of Managers of BE@William Condominium and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and 11 U.S.C. §§ 102(1) and 342, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given and served upon the undersigned at the following office address, telephone number and telecopier number:

                                      JACOBS, P.C.
                           717 Fifth Avenue -26th Floor
                           New York, New York 10022

                        Telephone No.: (212) 229-0476
                         Telecopier No.: (212) 3368
                         e-mail: Leo@JacobsPC.com
                                 Wayne@JacobsPC.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, but is not limited to, the notices and papers referred to in the Bankruptcy Rules specified of any

application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone telegraph, telex, facsimile transmission or otherwise, which affect the Debtor, property of the Debtor's estate, or our client.

Dated: New York, NY
      January 17, 2025

                              JACOBS, P.C.
*Attorneys for Creditor*
*Board of Managers of BE@William Condominium*
717 Fifth Avenue -26th Floor
New York, New York 10022
212-229-0476
Wayne@JacobsPC.com

By:/s/ Wayne M. Greenwald Senior Counsel
      Wayne M. Greenwald