**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In re:**

      **LINDA ENDRES GRECO,**         **Chapter 11**
                                         **Case 24-44301-ess**
                      **Debtor.**

## STIPULATION AND ORDER EXTENDING CREDITOR'S TIME TO FILE ACTIONS FOR A DETERMINATION THAT THE CREDITOR'S CLAIMS AGAINST THE DEBTOR ARE NOT DISCHARGEABLE, PURSUANT TO 11 U.S.C. § 523

It is hereby stipulated and agreed by the creditor, Board of Managers of BE@William Condominium (the "Creditor"), and the Debtor, Linda Endres Greco (the "Debtor"), each by their respective attorneys that:

A.) The Creditor's time to file an action seeking a determination that the Creditor's claims against the Debtor are not dischargeable through this case, pursuant to 11 U.S.C. § 523, is extended from January 17, 2025, to and including April 17, 2025.

B.) If on or before April 17, 2025, the Creditor files an action seeking a determination that the Creditor's claims against the Debtor are not dischargeable through this case, pursuant to 11 U.S.C. § 523, the Debtor shall not raise as a defense the timeliness such action or the asserting of those claims, and waives that defense on the condition stated herein.

C.) This stipulation is without prejudice to, and with full reservation of the Creditor's right and ability to seek and obtain further extensions of the time to commence actions seeking relief under 11 U.S.C. § 523.

D.) This stipulation may be signed in counterparts. A facsimile of a signature or an electric notation of a signature ("/s/"), shall have the same force and effect as an original signature.

1

E.)  The signatories represent that they are authorized to execute this stipulation on behalf of their respective clients.

Dated: New York, NY
       January 17, 2025

| | |
|---|---|
| JACOBS, P.C.<br>*Attorneys for the Creditor*<br>*Board of Managers of BE@William Condominium*<br>717 Fifth Avenue - 26th Floor<br>New York, NY 10022<br>(212) 229-0476<br><br>By: /s/ Wayne M. Greenwald<br>      Wayne M. Greenwald<br>      Senior Counsel | GOLDBERG WEPRIN FINKEL GOLDSTEIN LLC<br>*Attorneys for the Debtor, Linda Endres Greco*<br>125 Park Avenue<br>Ste 12th Floor<br>New York, NY 10017<br>212-221-5700<br><br>By: /s/ J. Ted Donovan<br>      J. Ted Donovan<br>      Senior Associate |

***IT IS SO ORDERED.***

Dated: Brooklyn, New York
     January 17, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge