Exhibit "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS.
-----------------------------------------------------------------X

NH SMITH LENDER, LLC,

    Plaintiff,

  vs.

232 SMITH STREET LLC; LOUIS V. GRECO, JR.;
SECOND DEVELOPMENT SERVICES, INC.; SDS
LEONARD, LLC; MIDTOWN-REN ENTERPRISE
INC.; VANGUARD CONSTRUCTION SOLUTIONS
LLC; TRIBORO CONTRACTORS SUPPLY
CORPORATION; HIRANI ENGINEERING & LAND
SURVEYING P.C.; IDEAL STEEL SUPPLY
CORPORATION; and ALL SEASONS LANDSCAPING
TS INC.,

    Defendants.

-----------------------------------------------------------------X

7/19/23

Index No.: 516709/2020

MS: 13

**MONEY JUDGMENT**

Foreclosure of:
232/240 Smith Street
a/k/a 59/61 Douglass Street

UPON the Summons and Complaint dated September 8, 2020 of plaintiff NH Smith Lender, LLC ("Plaintiff"), which was duly served upon all defendants, including 232 Smith Street LLC ("Borrower"), Louis V. Greco, Jr., Second Development Services, Inc., and SDS Leonard, LLC ("Guarantors"); and

UPON the Answer, Counterclaims, and Cross-Claims ("Answer") dated March 3, 2021 of Borrower and Guarantors; and

UPON Plaintiff's Reply to Counterclaims ("Reply") dated June 29, 2021; and

UPON Plaintiff's motion, dated July 20, 2021, for, *inter alia*, Summary Judgment against Borrower and Guarantors, and an Order of Reference against all defendants, including Borrower and Guarantors, which was granted by the Court by Order entered August 19, 2021; and

UPON the Judgment of Foreclosure and Sale issued by the Court on August 26, 2022, and the foreclosure auction sale held pursuant thereto on January 12, 2023, at which the subject property was sold by Michael D. Benjamin, Esq., as Referee, to non-party Smith Street REO

LLC, for the sum of $2,600,000.00, that being the highest sum bid therefor; and

NOW upon Plaintiff's motion, dated June 14, 2023, seeking, *inter alia*, (a) an order confirming and accepting the Referee's Report of Sale, (b) awarding Plaintiff a deficiency against Borrower and Guarantors in the sum of $28,172,185.06, plus costs and disbursements, with interest therein from August 26, 2022; and (c) correcting the Judgment of Foreclosure and Sale to reflect the proper current parties, *nunc pro tunc* (the "Motion"); it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Referee's Report of Sale is confirmed; and it is further

ORDERED that Plaintiff is awarded a deficiency judgment against Borrower and Guarantors in the sum of $28,172,185.06, with interest therein from August 26, 2022; and it is further

ORDERED that the Judgment of Foreclosure and Sale is to be corrected to reflect the proper current parties, *nunc pro tunc*; and

IT IS ADJUDGED that Plaintiff, NH Smith Lender, LLC, having an address of c/o North Hill Capital Management LLC, 380 Lexington Avenue, Suite 4005, New York, New York 10168, have judgment and recover from defendants 232 Smith Street LLC, with an address of 132 Remsen Street, Brooklyn, New York 11231, Louis V. Greco, Jr., with an address of 132 Remsen Street, Brooklyn, New York 11231, Second Development Services, Inc., with an address of 132 Remsen Street, Brooklyn, New York 11231, and SDS Leonard, LLC, with an address of 132 Remsen Street, Brooklyn, New York 11231, jointly and severally, the sum of $28,172,185.06, plus costs and disbursements totaling @C_____, and statutory interest from August 26, 2022, in the amount of @C_____, so that the total amount of the judgment is @C_____, and Plaintiff shall have judgment and execution therefore.

NYSCEF DOC. NO. 327    RECEIVED NYSCEF: 08/25/2023

Judgment entered this ___ day of ___ 2023.

Dated: 7/19/23

~~Clerk of the Court~~ JSC

**HON. LAWRENCE KNIPEL**
**ADMINISTRATIVE JUDGE**

3