Exhibit "B"

At an I.A.S. Trial Term, Part ___ of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 6 day of March 2024

P R E S E N T :
Hon. Knipel
                    Justice

NH Smith Lender, LLC **Plaintiff(s)**

Cal. No. 9
Index No. 516709/2020

- against-

232 Smith Street LLC **Defendant(s)**

| The following papers numbered 1 to read on this motion | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed — OSC | 1 |
| Answering Affidavit (Affirmation) | |
| Reply Affidavit (Affirmation) | |
| ___ Affidavit (Affirmation) | |
| Pleadings- Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

Adjourned as to non-parties, Chistopher Greco and Linda Greco. These parties shall appear on March 27, 2024. Linda Greco and Chistopher Greco to provide responses to Plaintiff's document demands and interrogatories on or before March 25, 202[4]

As to appearing defendant the motion is granted unless there is full compliance with document demands and interrogatories within 30 days

For Clerks use only
MG ___
MD ___
Motion Seq. #

E N T E R
_____
J.S.C.
HON. LAWRENCE KNIPEL
ADMINISTRATIVE JUDGE

EJV-rev 1-23

At an IAS Part of the Supreme Court of the State of New York held in and for the Country of Kings at the Courthouse located at 360 Adams Street, Brooklyn New York on the 30 day of July, 2024

PRESENT:

HONORABLE LAWRENCE KNIPEL

JUSTICE SUPREME COURT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

NH SMITH LENDER, LLC,

    Plaintiff,

-against-

232 SMITH STREET LLC, LOUIS V. GRECO, JR., SECOND DEVELOPMENT SERVICES, INC., SDS LEONARD, LLC; MIDTOWN-REN ENTERPRISE LLC; VANGUARD CONSTRUCTION SOLUTIONS LLC; TRIBORO CONTRACTORS SUPPLY CORPORATION; HIRANI ENGINEERING & LAND SURVEYING P.C.; IDEAL STEEL SUPPLY CORPORATION; AND ALL SEASONS LANDSCAPING TS INC.,

    Defendants.

Index No. 516709/2020

ORDER

  Plaintiff, having duly moved for an Order to hold the defendants/judgment debtors Louis V. Greco, Jr., Second Development Services Inc. and SDS Leonard LLC (collectively, "Defendants") each in contempt of Court based upon their failure to comply with the Order dated September 27, 2023, compelling compliance with their respective Subpoenas, as defined in the Order to Show Cause.

  WHEREAS, on February 14, 2024, the Hon. Lawrence Knipel signed the Order to Show Cause, (NYSCEF Doc. 408), which was entered by the Court on February 15, 2024, and thereafter duly served upon the Guarantors in accordance with the Court's directives; and,

  UPON no opposition being filed by Defendants; and,



UPON the Court's hearing of oral argument on March 6, 2024, through counsel, for and against Plaintiff's Order to Show Cause; and,

WHEREAS, on March 6, 2024, the Court entered its decision and order ("Short Form Order"), finding, among other things, that Defendants shall provide responses to Plaintiff's document demands and interrogatories within thirty (30) days of the Short Form Order; and,

WHEREAS, on April 10, 2024, the Court entered its decision and order (the "Order") granting Plaintiff's Order to Show Cause on default, reasoning that Defendants have been shown not in full compliance with the Short Form Order, and directing Plaintiff to file a settlement order on notice.

IT IS ORDERED AND ADJUDGED, that Plaintiff's Order to Show Cause for an Order: (i) punishing Defendants each for contempt for violations of and non-compliance with the Court's Order dated September 27, 2023; (ii) fining Defendants each the amount of $500.00; (iii) directing Defendants each to comply with the terms of the Order within thirty (30) days and to cooperate and produce the documents and information sought in the Subpoenas; and, (iv) granting Plaintiff such other and further relief as this Court deems just, equitable, and proper.

So Ordered this 30 day of July, 2024

ENTER:

_____
HONORABLE LAWRENCE KNIPEL

_____
Clerk of the Court

HON. LAWRENCE KNIPEL
ADMINISTRATIVE JUDGE