Exhibit "C"

At an I.A.S. Trial Term, Part 6 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the ___ day of ___ 20___

P R E S E N T :

Hon. Lawrence Knipel
Justice

NH Smith Lender, LLC

Plaintiff(s)

Cal. No. 28
Index No. 516709/2020

-against-

232 Smith Street LLC, Louis V. Greco, Jr
Second Development Services Inc. et al

Defendant(s)

| The following papers numbered 1 to read on this motion | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | 1 |
| Answering Affidavit (Affirmation) | |
| Reply Affidavit (Affirmation) | |
| Affidavit (Affirmation) | |
| Pleadings- Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

The Plaintiff's Motion for an order compelling and directing Chris Endross LLC, Ann Endross Irrevocable Trust, Monica Ann LLC, G-Holdings Trust, 160 17th Street LLC, Webster-Schnipper LLC and Story Two LLC to comply with the served subpoenas is granted on default. Those parties are ORDERED + Directed to comply with the subpoenas within 30 days of the date of this order. The subpoenaed parties are fined $500 each for their non-compliance.

For Clerks use only
MG ✓
MD ___
Motion Seq. #
15

EJV-rev 1-23

E N T E R
_____
J.S.C.
HON. LAWRENCE KNIPEL
SUPREME COURT JUSTICE

1 of 1