Exhibit "D"

GOETZ PLATZER, LLP
Attorneys for NH Smith Lender
One Penn Plaza, Suite 3100
New York, New York 10119
212-593-3000
Clifford A. Katz, Esq.
ckatz@goetzplatzer.com

**Motion Date:**
February 20, 2025 at 10:30 a.m.
**Objection Deadline:**
February 13, 2025 at 5:00 p.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
In re:                                                              :  Chapter 11
                                                                       :
Linda Endres Greco,                                         :
                                                                       :  Case No. 24-44301-ESS
          Debtors.                                              :
---------------------------------------------

## ORDER DIRECTING EXAMINATION OF LINDA ENDRES GRECO, AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 2004

Upon the application (the "Application") of NH SMITH LENDER LLC ("NH SMITH"), seeking entry of an order pursuant to §105(a) of title 11, of the United States Code (the "Bankruptcy Code") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing and directing the production and turnover of certain documents by, and an examination of the Debtor, as more particularly set forth in this Order and the Application, and sufficient cause appearing therefore; it is hereby

**ORDERED**, that pursuant to Bankruptcy Rule 2004, the Application is hereby granted in all respects; and it is further

**ORDERED**, that NH SMITH, through its counsel, is authorized to cause a subpoena to be issued to be served in accordance with Rule 45 of the Federal Rules of Civil Procedure ("FRCP") or by overnight mail through Federal Express or other carrier, to compel the

production and turnover of documents by and an examination of Linda Endres Greco (the "Debtor"),; and it is further

**ORDERED**, that the Debtor is directed to produce for examination and inspection, as set forth in the subpoena, documents as requested by NH SMITH, and it is further

**ORDERED**, that twenty (20) days' notice for the production of documents shall be deemed good and sufficient notice for the production of documents; and it is further

**ORDERED**, that twenty (20) days' notice for the examination of the Debtor shall be deemed good and sufficient notice for examination of the Debtor, which twenty (20) days may run concurrently with the notice for the production of documents; and it is further

**ORDERED**, that the examination of the Debtor is to continue from day to day until completed.