UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
Linda Endres Greco,                             :
                                                :   Case No. 24-44301-ESS
         Debtor.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER DIRECTING ~~EXAMINATION OF LINDA ENDRES GRECO,~~
~~AND~~ PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL
RULES OF BANKRUPTCY PROCEDURE RULE 2004**

Upon the application (the "Application") of NH SMITH LENDER LLC ("NH SMITH"), seeking entry of an order pursuant to §105(a) of title 11, of the United States Code (the "Bankruptcy Code") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing and directing the production and turnover of certain documents by, and an examination of the Debtor, as more particularly set forth in this Order and the Application, ***and the Application having come before the Court at a hearing held on March 7, 2025, at which the Debtor and NH SMITH appeared and were heard,*** and sufficient cause appearing therefore; it is hereby

**ORDERED**, that pursuant to Bankruptcy Rule 2004, the Application is hereby granted with respect to the request for the production of documents; and it is further

**ORDERED**, that Linda Endres Greco (the "Debtor") is directed to produce for examination and inspection the documents with respect to herself and such trusts and corporations owned or controlled by her documents as reflected on the attached Exhibit "A" and incorporated herein; and it is further

**ORDERED**, that the production of documents shall be to NH Smith at the office of its counsel Goetz Platzer, LLP, One Penn Plaza, Suite 3100, New York, New York 10119 on or by March 31, 2025; and it is further

**ORDERED**, that ***the Court will hold a continued hearing on the*** balance of NH Smith's 2004 Motion ~~is adjourned to~~ ***on*** April 4, 2025, at ~~2:00 p.m.~~ ***10:30 a.m.***

Dated: Brooklyn, New York
March 31, 2025



_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**