UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| In re: | : | Chapter 11 |
| --- | --- | --- |
| | : | |
| Linda Endres Greco, | : | |
| | : | Case No. 24-44301-ESS |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### SUPPLEMENTAL ORDER DIRECTING THE PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 2004 AND RELATED RELIEF

Upon the application (the "Application") of NH SMITH LENDER LLC ("NH SMITH"), seeking entry of an order pursuant to §105(a) of title 11, of the United States Code (the "Bankruptcy Code") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing and directing the production and turnover of certain documents by, and an examination of the Debtor, as more particularly set forth in this Order and the Application, and this Court having entered a prior Order requiring the production of documents by March 31, 2025 (the "Prior Order") *(ECF No. 43)* and the Debtor having failed to comply with the Prior Order and a further hearing having been held on the Application on April 4, 2025***, at which the Debtor, NH Smith, Wendover Funder LLC, and the Office of the United States Trustee appeared and were heard*** (the "Adjourned Hearing") and upon the record of the Adjourned Hearing, and sufficient notice having been given, sufficient cause appearing therefore; it is hereby

**ORDERED**, that Linda Endres Greco (the "Debtor") is directed to produce for examination and inspection the documents and responses required in the Prior Order as Exhibit "A" to NH Smith Lender LLC at the office of its counsel Goetz Platzer, LLP, One Penn Plaza, Suite 3100, New York, New York 10119 on or by April 15, 2025; and it is further

**ORDERED**, that subsequent to the response and production of the Documents by the Debtor, counsel for the Debtor and counsel for NH Smith Lender LLC shall meet and confer with respect to NH Smith Lender LLC's request and scheduling of a deposition of the Debtor *<u>to the extent that a deposition of the Debtor is necessary</u>*, and it is further

**ORDERED**, that the Court will hold a continued hearing on the Application on June 13, 2025, at 10:30 a.m.

Dated: Brooklyn, New York
April 10, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge