**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 24-44301-ESS |
| LINDA ENDRES GRECO, | Chapter 11 |
| Debtor. | Jointly Administered |

**STIPULATION *AND ORDER* RESOLVING APPLICATIONS OF**
**NH SMITH LENDER LLC FOR RULE 2004 EXAMINATIONS OF**
**LINDA ENDRES AND LOUIS GRECO**

WHEREAS, on October 17, 2024, Linda Endres Greco ("Linda") filed a voluntary petition for relief from her creditors under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on January 23, 2025, NH Smith Lender LLC ("NH Smith") filed an application under Bankruptcy Rule 2004 seeking discovery from Linda [ECF No. 26] ("Linda Rule 2004 Motion"); and

WHEREAS, on March 31, 2025, the Court entered an Order [ECF No. 43] granting in part the Linda Rule 2004 Motion and directing Linda to produce documents to NH Smith ("First Linda Rule 2004 Order"); and

WHEREAS, on April 10, 2025, the Court entered a supplemental Order [ECF No. 46] further directing Linda to produce documents to NH Smith ("Second Linda Rule 2004 Order" and, together with the First Linda Rule 2004 Order, "Linda Rule 2004 Orders"); and

WHEREAS, on July 18, 2025, Linda filed a motion [ECF No. 61] seeking approval of bidding procedures in connection with the sale of certain real property ("Bidding Procedures Motion"); and

WHEREAS, on September 5, 2025, NH Smith Lender filed an objection to the Bidding Procedures Motion [ECF No. 69]; and

1

WHEREAS, on October 10, 2025, Louis Greco ("Louis" and, together with Linda, "Debtors") filed a voluntary petition for relief from his creditors under Chapter 11 of the Bankruptcy Code*, **Case No. 25-44913**; and

WHEREAS, on February 19, 2026, NH Smith Lender LLC ("NH Smith") filed an application under Bankruptcy Rule 2004 seeking discovery from Louis [***Case No. 25-44913,*** ECF No. 26] ("Louis Rule 2004 Motion" and, together with the Linda Rule 2004 Motion, "Rule 2004 Motions"); and

WHEREAS, on February 20, 2026, the Court entered an Order [ECF No. 29] directing the joint administration of Linda and Louis's Chapter 11 cases; and

WHEREAS, on March 12, 2026, the Court held a hearing on, inter alia, the Rule 2004 Motions and the Bidding Procedures Motion, during which counsel for NH Smith and the Debtors stipulated on the record to a consensual resolution of the Rule 2004 Motions and the Bidding Procedures Motion; and

WHEREAS, the Court directed counsel for NH Smith and the Debtors to submit a stipulation reflecting their agreement on the record of the hearing of the Rule 2004 Motions and the Bidding Procedures Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. On or before March 20, 2026, NH Smith shall provide Debtors' counsel with a list of documents, if any, that Linda has yet to produce pursuant to the Linda Rule 2004 Orders ("Linda Outstanding Documents List").

2. On or before April 14, 2026, Linda shall produce at the office of NH Smith counsel all documents identified in the Linda Outstanding Documents List.

3. On or before April 14, 2026, Louis shall produce at the office of the NH Smith counsel all documents requested on the attached Exhibit "A."

2

4. Linda shall appear in person at the office of NH Smith counsel for a Rule 2004 deposition on April 29, 2026 at 10:00 a.m.

5. Louis shall appear in person at the office of NH Smith counsel for a Rule 2004 deposition on April 30, 2026 at 10:00 a.m.

6. Upon the Debtors' satisfactory production of documents and appearance at their depositions pursuant to this Stipulation, NH Smith shall withdraw its objection to the Bidding Procedures Motion. To the extent that the depositions are not concluded on the day scheduled the parties shall schedule such other dates in accordance with their respective schedules.

Dated: March 18, 2026
New York, New York

/s/ Clifford A. Katz
Clifford A. Katz
*Counsel for NH Smith Lender LLC*
Goetz Platzer LLP
One Penn Plaza, Suite 3100
New York, NY 10119
212 695-8100

/s/ J. Ted Donovan
J. Ted Donovan
*Counsel for Debtors*
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017
212-221-5700

***IT IS*** SO ORDERED:

Dated: Brooklyn, New York
March 22, 2026



Elizabeth S. Stong
United States Bankruptcy Judge