**EXHIBIT "A"**

**DOCUMENTS TO BE PRODUCED RELATED TO THE FOLLOWING PERSONS[1]**

Linda Endres Greco
Two Story LLC*
Ann Andres Trust*
Second Development Services LLC*
160 17th Street LLC*
160 Manager LLC
475 Wash Owner LLC*
AHerman LLC*
G Holdings Trust*
Monica Ann LLC*
Webster Schnippers, LLC*
G46 LLC*
Chris Endres LLC*
SDSP Plaza 63*
Bil 1 LLC*
295 Development Corp.*
232 Smith Street
285 Schermerhorn
475 Wash Owners LLC
84 Gates LLC
Aherman LLC
BNDO Management LLC
Colcon Manager LLC
G46 LLC
LG Airrights LLC
Rockwell Manager LLC
 SDS 46 LLC
SDS 196 Livingston LLC
SDS BNDO Street Funding LLC
SDS Colcon LLC
SDS Leaonard LLC
SDS Procide Dev Fund I manger
SDS PRoceida Equities LLC
SDS Rockwell LLC
SDS Smith LLC

---

[1] Person as defined in 11 U.S.C §101(41)

1

SDS Washington LLC
SDS Williams LLC
SDS Schermerhorn LLC
22 BNDO LLC*
22 BNDO Mezz LLC*
Aherman One LLC*
SDS Leonard LLC*
SDS BNDO Street Funding LLC*

(collectively hereinafter referred to as the "Related Entities")

*The above entities are all entities in which Linda Endres Greco also has previously disclosed, she held a membership interest or acted as a trustee or beneficiary.

## DOCUMENT REQUESTS

1.      All documents relating to Your ownership interest within the last five (5) years (through the present date) in any of Greco-related entity, including the Related Entities whether such ownership is (or was) sole or partial.

2.      All documents relating to any interests in any of the Greco-related Entities including the Related Entities, in which You directly or indirectly have, or had within the last five (5) years, any ownership interest, controlling interest, partnership interest, membership interest, or beneficial interest, whether such interest is sole or partial.

3.      The Debtor's State and Federal Tax returns filed for the years 2019 through 2025, or drafts to the extent not  yet filed.

4.      All documents, including but not limited to account statements, invoices, canceled checks, deposit tickets, account termination requests and/or applications, relating to any account(s), whether active or closed, in your name or in the name of the Related Entities.

2

5.    All documents, including but not limited to account statements, invoices, canceled checks, deposit tickets, account termination requests and/or applications, relating to any account(s), whether active or closed, for any Greco-related Entity including the Related Entities

6.    All documents sufficient to show each owner and/or member and/or partner and/or shareholder of any business, corporation, trust, partnership, LLC, LLP, or other entity in which You directly or indirectly have an ownership interest, controlling interest, partnership interest, membership interest, or beneficial interest, whether such interest is sole or partial.

7.    All documents sufficient to show each owner and/or member and/or partner and/or shareholder of any Greco-related Entity including the Related Entities.

8.    All documents sufficient to show the value of any and all personal property owned by You or Your business(es) that exceeds $1,000.00 in value, including but not limited to any appraisals, assessments and/or policies of insurance to which the Debtor or any Greco-related Entity has any right, title or interest, or claims to have any right, title or interest.

9.    All documents, including but not limited to applications, agreements and closing documents, relating to the transfer of any and all personal property worth more than $1,000.00 within the last five (5) years for which the Debtor or any Greco-related Entity, including the Related Entities has or had any right, title or interest, or received any money or equivalent form of value.

10.    All documents, including but not limited to applications, agreements and closing documents, relating to the transfer of any and all real property by You or any of Your business(es) within the last five (5) years for which the Debtor or any Greco-related Entity, including the Related Entities, has or had any right, title or interest, or received any money or equivalent form of value.

11.    All documents, including but not limited to applications, agreements and closing documents, relating to any and all conveyances, leases, liens or easements on property solely or partially owned by You or the Related Entities.

12.    All documents, including but not limited to applications, agreements and closing documents, relating to any monies held in trust or for the benefit of the Debtor or any Greco-related Entity (including the Related Entites) has or had any right, title or interest, or received any money or equivalent form of value.

13.    All documents sufficient to show each of the trustees and beneficiaries of any trusts held for the benefit of You or any of the Related Entities or for which the Debtor or any Greco related Entity has or had any right, title or interest, or received any money or equivalent form of value.

14.    All documents sufficient to show the accountants, financial advisors, and/or lawyers retained by and/or used by You or any of the Related Entities  in the past five (5) years.

15.    All documents sufficient to show all bank accounts that the Debtor or any Greco related Entity or Related Entities have any right, title or interest, or in which any money or funds belonging to Mr. Greco or any Greco-related Entity or Related Entities, are presently located.  For each bank, include all documents  sufficient to show the name of the bank, the bank's address, the account number and the name in which the account is held and the amount in the account(s).

## **DEFINITIONS**

As used herein, the following terms shall have the following meanings:

1.      The term "SDS" means Second Development Services, Inc. and any of its past or present assignors, assignees, officers, directors, employees, agents, advisors, attorneys, accountants, consultants, or representatives, and any and all persons or entities acting, authorized to act, or purporting to act on his behalf or under his control.

2.      The term "SDS Leonard" means SDS Leonard, LLC and any of its past or present assignors, assignees, officers, directors, employees, agents, advisors, attorneys, accountants, consultants, or representatives, and any and all persons or entities acting, authorized to act, or purporting to act on his behalf or under his control.

3.      The term the "Debtor" means Defendant Louis V. Greco Jr. and any of his past or present assignors, assignees, officers, directors, employees, agents, advisors, attorneys, accountants, consultants, or representatives, and any and all persons or entities acting, authorized to act, or purporting to act on his behalf or under his control.

4.      The term "Greco-related Entities" means any business, trust, company, partnership, investment or the like that the Debtor has, or has had, any right, title and/or interest in or to, whether such ownership is (or was) sole or partial.

5.      The term "You" or "Your" shall include you and all Related Entities and any and all persons or entities acting, authorized to act, or purporting to act on your behalf or control. This also includes, but is not limited to, any corporations, partnerships, LLCs, or other entities in which You directly or indirectly have an ownership interest, controlling interest, partnership interest, membership interest, or beneficial interest.

6.      The terms "document" or "documents" shall have the broadest possible meaning of "document" and "things" under Article 31 of the CPLR, including, without limitation, any tangible

5

recording, however made, of information, data, or communications, any written, printed, recorded, taped, electronically or digitally encoded, graphic, or other information, including originals, identical copies, translations and drafts thereof and all copies bearing notations and marks not found on the original.  The terms "Document" or "Documents" also include without limitation, notes, correspondence, papers, communications of any nature, telegrams, telexes, memoranda, facsimiles, material stored electronically but not printed, electronic mail messages, electronic mail or text messages sent or received from a Blackberry or other handheld device, notebooks of any character, summaries or records of personal conversations, diaries and calendars, routing slips or memoranda, reports, publications, books, photographs, films, videotapes, sketches, drawings, minutes or records of meetings, transcripts of oral testimony, reports and/or summaries of interviews, reports and/or summaries of investigations, contracts and agreements and all modifications and revisions of contracts and agreements, promotional literature, pamphlets, press releases, instructions, financial statements (audited or unaudited), confirmations of purchases or sales, checks, bills, statements or security transactions, revisions and drafts of any documents, tape recordings, records, computer databases, including, without limitation, word processing and images stored on disks, tapes, or any other data compilations.  Each non-identical copy or any sheet or side thereof, or any Documents bearing initials, stamped materials, or other notation should be considered a separate Document for purposes hereof.

7.    The word "communication" refers to any written or oral correspondence, contact, discussion, or exchange including, but not limited to, all documents, writings, notes, oral conversations, conversations or discussions by telephone or by computer, or other exchange of information in any form as well as any notes or recordings of them.  This term includes all "documents" as defined herein.

6

8.      The terms "concern," "concerning," "relating," "referring," or "reflecting" include, together with their full meaning, containing, constituting, showing, reflecting, relating to, or referring to, in any way, directly or indirectly, and is meant to include, among other things, the document itself, any documents underlying or supporting such document, or any document now or previously attached or appended to or used in the preparation of such document.

9.      The terms "include" or "including" shall each be interpreted in every instance as being illustrative of the information requested, shall be read as "including, without limitation," and shall not be interpreted to exclude any information otherwise within the scope of these Requests.

10.      The terms "and" or "or" as used herein have both conjunctive and disjunctive meanings, and shall be construed to bring within the scope of these Requests all documents that might otherwise be construed to be outside their scope.

11.      The term "any" as used herein also means "each and every".

12.      The singular includes the plural and the plural includes the singular.

13.      Each of the foregoing definitions shall be fully applicable to each Request notwithstanding that a definition above may, in whole or in part, be reiterated in a particular Request, or that a particular Request may incorporate supplemental definitions.