**PRESENTMENT DATE AND TIME: SEPTEMBER 9, 2026 AT 12:00 P.M. (ET)**
**OBJECTION DEADLINE DATE: SEPTEMBER 2, 2026 AT 4:00 P.M. (ET)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LINDA ENDRES GRECO,<br>AHERMAN, LLC,<br>LOUIS GRECO,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 24-44301 (ESS)<br>CASE NO. 25-44912 (ESS)<br>CASE NO. 25-44913 (ESS)<br><br>Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND AGREED ORDER PURSUANT TO 11 U.S.C. § 362 CONSENTING TO RELIEF FROM STAY**

**PLEASE TAKE NOTICE** that Eastern Garnet Holdings, LLC ("**Eastern Garnet**"), as Administrative Agent and Collateral Agent for lenders Specialty Credit Facility II On MM, LLC ("**SCF II On MM**") and SOFA Facility Holdings, LLC ("**SOFA FH**," and together with SCF II On MM and their respective successors and assigns, collectively, the "**Initial Lender**," and together with Eastern Garnet, the "**Lender Parties**"), through undersigned counsel, will present the annexed *Stipulation and Agreed Order Pursuant to 11 U.S.C. § 362 Consenting to Relief from Stay* (the "**Stipulation**"), to the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800, on **September 9, 2026 at 12:00 p.m.** (the "**Presentment Date and Time**").

**PLEASE TAKE FURTHER NOTICE,** that any responses or objections (the "**Objections"**) to the Stipulation must be in writing, conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules"**) and the Local Bankruptcy Rules for the Eastern District of New York (the "**Local Rules"**), and shall be filed with the Bankruptcy Court electronically (which can be found at www.nyeb.uscourts.gov, the official website for the Bankruptcy Court), by

registered users of the Bankruptcy Court's filing system and, by other parties in interest, and shall be served upon: (i) Akerman LLP, counsel to Lender Parties, 1251 Avenue of the Americas, 37th Floor, New York, New York 10020 (Attention: Mark S. Lichtenstein, Esq., mark.lichtenstein@akerman.com), (ii) Goldberg Weprin Finkel Goldstein LLP, counsel to the Debtor Louis Greco, 125 Park Avenue, 12th Floor, New York, NY 10017 (Attention: Ted Donovan, Esq., tdonovan@gwfglaw.com), and (iii) Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004, so as to be received no later than seven (7) days prior to the Presentment Date **(the "Objection Deadline").**

**PLEASE TAKE FURTHER NOTICE** that any party that is either without legal representation, or is unable to file documents electronically or create documents in PDF format, shall file its objection on or before Objection Deadline in either Word, WordPerfect or DOS text (ASCII) format on 3-1/2" floppy diskette in an envelope clearly marked with case name, case number, type and title of document, document number of document to which objection refers and file name of documents.

**PLEASE TAKE FURTHER NOTICE** that if no written objection is timely filed, the Stipulation may be entered granting the relief requested.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed and served before the Objection Deadline, the Court will hold an in-person hearing before the Honorable Elizabeth S. Stong, at the United States Bankruptcy Court for the Eastern District of New York, Courtroom 3585, 271-C Cadman Plaza East, Brooklyn, NY 11201 on **October 1, 2026 at 10:30 a.m.** (the "**Hearing**"). Those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. Requests to appear virtually by Webex must be made in writing to Chambers via email in advance of the hearing. Instructions for registering with eCourt

Appearances can be found at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date. Objections not served and filed on or before the Objection Deadline may not be considered by the Court.

Dated: New York, New York
August 19, 2026

**AKERMAN LLP**

By: /s/ Mark S. Lichtenstein

Mark S. Lichtenstein
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel: (212) 880-3800
Fax.: (212) 259-7189
E-mail: mark.lichtenstein@akerman.com

*Counsel to Lender Parties*