UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LINDA ENDRES GRECO,<br>AHERMAN LLC,<br>LOUIS GRECO, JR., | Case No. 24-44301-ESS<br>Case No. 25-44912-ESS<br>Case No. 25-44913-ESS |
| Debtors. | Jointly Administered |

-----------------------------------------------------x

**ORDER APPROVING RETENTION OF**
**DOUGLAS ELLIMAN REAL ESTATE AS REAL ESTATE BROKER**

Upon the application [ECF No. 82] (the "Application") of the related debtors and debtors-in-possession, Linda Endres Greco ("Linda"), Aherman LLC ("Aherman") and Louis Greco ("Louis") (jointly, the "Debtors"), for entry of an order, pursuant to Section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure, authorizing the employment of Douglas Elliman Real Estate ("DERE") as real estate broker to the Debtors; and upon the Declaration of Alfred Reena which is annexed to the Application (the "Reena Declaration"); and it appearing that DERE is a "disinterested" person within the meaning of Sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtors' respective estates; and this Court having determined that the employment of DERE by the Debtors is in the best interests of the Debtors, their estates and their creditors; and good and sufficient notice having been given; and a hearing having been held on March 12, 2026***, at which the Debtor, Wendover Funder LLC, Pick & Zabicki LLC, the Board of Managers of 56 Court Condominium, and NH Smith Lender LLC appeared and were heard***; and any objections having been withdrawn, resolved or overruled; after due deliberation and sufficient causes appearing therefor,

***NOW, THEREFORE,*** it is hereby

**ORDERED**, that, pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, Aherman, which is jointly owned by Louis and Linda, is hereby authorized to employ and retain DERE as its real estate broker to market and sell residential condominium units owned by Aherman and identified as Unit 2 at 132 Remsen Street, Brooklyn, New York, and Units 3A and 4B at 56 Court Street, Brooklyn, New York, at auction on the terms set forth in the Application based upon a commission formula as set forth in the Application to be paid as a buyer's premium, and subject to bidding procedures approved by separate Order of this Court [ECF No. 121]; and it is further

**ORDERED**, that, to the extent that any provisions in the Application or the Reena Declaration conflict with this Order, the terms of this Order shall control; and it is further

**ORDERED**, that DERE shall seek compensation for its services and reimbursement of its expenses upon application to the Bankruptcy Court, and upon notice and a hearing pursuant to 11 U.S.C. Sections 330 and 331, Bankruptcy Rule 2016, E.D.N.Y.L.B.R. 2016-1, and the Guidelines of the Office of the United States Trustee; and it is further

**ORDERED**, that, notwithstanding any provision to the contrary in the Application or the Reena Declaration, the Court may retain jurisdiction to hear and determined all matters arising from or related to the implementation of this Order; and it is further

**ORDERED**, that, notwithstanding anything to the contrary in the Application, the Reena Declaration or this Order, the objections of the United State Trustee to all fee provisions of the Agreement are expressly reserved, and the rights of all parties-in-interest to raise any objections to fee applications filed by Reena are preserved.

**NO OBJECTION:**
**WILLIAM K HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By:*/s/ Jeremy S. Sussman, Esq.*__
Jeremy S. Sussman
Trial Attorney
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, New York 10004
(202) 573-6935

**Dated: Brooklyn, New York**
**August 26, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge